JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

T. CHRISTIAN HERREN, JR.
ROBERT S. BERMAN
DAVID G. COOPER (NY Bar #4683371)
NEAL R. UBRIANI (NY Bar #5139217)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:  (202) 307-2767
Facsimile:  (202) 307-3961
Email:  david.cooper@usdoj.gov

Counsel for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br><br>The State of Arizona; and<br>Michele Reagan, Secretary of<br>State of Arizona, in her<br>official capacity,<br><br>                    Defendants. | Case No.:<br><br><br>**JOINT MOTION REQUESTING<br>EXPEDITED ENTRY OF<br>CONSENT DECREE** |

Plaintiff United States of America and Defendants, through their undersigned counsel, respectfully move this Court to enter the accompanying Consent Decree. The Complaint in this action is being filed simultaneously with this motion.

The United States and Defendants have negotiated in good faith and have agreed to entry of the proposed Consent Decree as a necessary and appropriate form of relief to provide UOCAVA voters a fair and reasonable opportunity to participate in the 2018 special primary and general election to fill a vacated seat in Arizona's Eighth Congressional District, and in future special federal elections. The parties share the goal of providing UOCAVA voters with the opportunity guaranteed by Federal law to participate in the 2018 special election cycle, as well as future special elections for Federal office. Given the imminence of the upcoming special election, and the time-sensitive provisions for notice to UOCAVA voters contained in the Decree, the parties request the Court's expedited consideration of this Joint Motion.

WHEREFORE, the parties move that the accompanying Consent Decree be entered by this Court.

AGREED AND CONSENTED TO, February 14, 2018.

For the Plaintiff United States of America:

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division


_/s/ David G. Cooper_
T. CHRISTIAN HERREN, JR.
ROBERT S. BERMAN
DAVID G. COOPER (NY Bar #4683371)
NEAL R. UBRIANI (NY Bar #5139217)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Rm. 7254 NWB
Washington, D.C. 20530
Telephone:  (202) 307-2767
Facsimile:  (202) 307-3961
Email:  david.cooper@usdoj.gov

Date: February 14, 2018

For the Defendants State of Arizona, *et al.*:

MARK BRNOVICH
Attorney General of Arizona


*/s/ Joseph E. La Rue*
JOSEPH E. LA RUE (AZ Bar #031348)
Assistant Attorney General
State Government Division
2005 N. Central Avenue
Phoenix, AZ 85007
Telephone: (602) 542-1763
Facsimile: (602) 542-4385
Email: joseph.larue@azag.gov


Date: February 14, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

JOSEPH E. LARUE
Assistant Attorney General
State Government Division
2005 N. Central Avenue
Phoenix, AZ 85007
Telephone: (602) 542-1763
Facsimile: (602) 542-4385
Email: joseph.larue@azag.gov

*/s/ David G. Cooper*
David G. Cooper